**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Lograi Tuzolana | ) |
|  | ) |
|  | ) |
|  | ) |
|  | )   C.A. No. 26-10259 |
| Petitioner, | ) |
|  | ) |
| v. | )   **PETITION FOR WRIT OF** |
|  | )   **HABEAS CORPUS** |
|  | ) |
| PATRICIA HYDE, Field Office Director, | ) |
| U.S. Immigration and Customs | ) |
| Enforcement, Boston Field Office, | ) |
| TODD LYONS, | ) |
| Acting Director, U.S. Immigration and. | ) |
| Customs Enforcement, and | ) |
| KRISTI NOEM, Secretary of U.S. | ) |
| Department of Homeland Security, | ) |
|  | ) |
|  | ) |
| Respondents. | ) |
|  | ) |

This is a petition for a writ of habeas corpus filed on behalf of Petitioner, Lograi Tuzolana, seeking relief to prevent her transfer out of the Commonwealth of Massachusetts. Respondents are detaining Petitioner pending removal proceedings at the Chelmsford, MA Immigration Court.

**STATEMENT OF FACTS**

1. Petitioner, Lograi Tuzolana, is a 37-year-old Angolan asylum seeker who has resided in the U.S. since September 1, 2022.

2. Petitioner is presently in the custody of U.S. Immigration Customs and Enforcement ("ICE") at the Immigration and Customs Enforcement Field Office in Burlington, at 1000 District Ave., Burlington, MA 01803.

3. ICE detained Petitioner on January 21, 2026 when she reported for an ICE check in.  She has reported for ICE check-ins every two months since her arrival.  ICE informed Petitioner that she was detained yesterday because allegedly in 2023, she did not submit a photo of herself pursuant to requirements of her alternatives to detention program participation.

4. At some point after her arrest yesterday, she was transported to the Burlington, MA ICE Field Office.  Petitioner called her pastor at or around 10pm on January 21, 2026, and informed him that she was at the Burlington, MA Field Office, and this information was relayed by the pastor to Petitioner's counsel at 9:30am on the morning of January 22, 2026. The ICE detainee locator website does not reflect a current location for Petitioner; it instructs us to call the local ICE field office and provides the Boston, MA ICE Field Office phone number.

5. Petitioner has a timely-filed asylum application pending before the Chelmsford Immigration Court.  She has no criminal history.

6. Transferring Petitioner outside of Massachusetts would infringe on her due process rights by impacting counsel's ability to represent her effectively in bond and removal proceedings before the Immigration Court.

## JURISDICTION AND VENUE

7. This Court has jurisdiction pursuant to 28 U.S.C. § 2241.

8. Venue lies in the District of Massachusetts, the judicial district where, on information and belief, the Petitioner is currently detained.

## PARTIES

9. Petitioner is a citizen and national of Angola.  Prior to her detention, she resided in Maine. She is now detained in Massachusetts.

10. Respondent Patricia Hyde, and other Respondents of their agents, are the Petitioner's immediate custodians.

## CLAIM FOR RELIEF

### VIOLATION OF FIFTH AMENDMENT RIGHT TO DUE PROCESS

11. Petitioner's detention violates her right to substantive and procedural due process guaranteed by the Fifth Amendment to the U.S. Constitution. The substantive component of the Due Process Clause of the Fifth Amendment to the United States Constitution protects Petitioner's liberty interests. Petitioner has a substantive liberty interest in remaining in the U.S., and specifically in Massachusetts, where she can continue to work closely with her immigration attorney (undersigned counsel) to continue her asylum case.

12. The procedural component of the Due Process Clause of the Fifth Amendment to the United States Constitution prevents the Respondents from depriving Petitioner of liberty without procedural protections.

## PRAYER FOR RELIEF

Wherefore, Petitioner asks this Court to GRANT the following relief:

1. Assume jurisdiction over this matter;

2. Issue an order that Petitioner not be removed from Massachusetts pending the adjudication of writ;

3.  Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

4.  Issue a writ of habeas corpus ordering Respondents to release Petitioner on her own recognizance or under parole, a low bond, or reasonable conditions of supervision;

5.  Grant any other relief which this Court deems just and proper.

Respectfully submitted,

January 22, 2026                    **PETITIONER LOGRAI TUZOLANA ,**

By her attorney,

Robin N. Nice

McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA  02108
617-702-8921 (phone)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on January 22, 2026.


_____/s/ Robin Nice\_\_

Robin Nice