## EXHIBIT 1

## DECLARATION OF LOGRAI TUZOLANA IN SUPPORT OF
## MOTION FOR ATTORNEYS' FEES AND EXPENSES UNDER THE EAJA

I, Lograi Tuzolana, declare as follows:

1. My current address is 75 Pleasant Street, Apartment 7, Auburn, Maine 04210.

2. I am a private individual, and my net worth does not, nor has it ever, exceeded the amount of $2,000,000.

3. I submit this declaration in support of my Motion for Attorneys' Fees and Expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

4. I prevailed in this action when the Court granted habeas relief and ordered my release from immigration detention.

5. I previously retained Attorney Nice to represent me in this case.

6. I have authorized the recovery of fees and expenses to my attorney's office in order to compensate them for work performed on my behalf.

7. To the best of my knowledge and belief, I do not owe any outstanding debt to the federal government.

8. I respectfully request that any EAJA attorneys' fees awarded by this Court be paid directly to my counsel.

9. I make this declaration based on my personal knowledge and understanding, and for the purpose of supporting my request for attorneys' fees and expenses under EAJA.

I swear under the pains and penalties of perjury that the above is true and correct to the best of my knowledge and belief.

_____

_____
Lograi Tuzolana

Date 02|18|26

I, _Eddy KADIMA_ , am fluent in English and Lingala, and read the above agreement to Ms. Tuzolana, interpreting it from English into Lingala, and she confirm she understood and agreed before signing.


_Eddy KADIMA_

Name:                                              date 02/18/26.