**EXHIBIT 5**

**TUZOLANA V. HYDE ET AL, NO. 26-10259**
**STATEMENT OF TOTAL AMOUNT OF FEES AND COSTS**

2026

| Timekeeper | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Attorney Robin Nice | 2 | $300 | $600 |
| Law Clerk Alina Antropova | 9.5 | $150 | $1,425 |
| | | | |
| **Costs** | | | |
| Habeas Petition Filing Fee | | | $5 |
| | | | |
| **Total Fees and Costs** | | | **$2,030** |