UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOGRAI TUZOLANA,

Petitioner,

v.

PATRICIA HYDE, *et al.*,

Respondents.

No. 1:26-cv-10259-LTS

## RESPONDENTS' ASSENTED-TO MOTION
## FOR EXTENSION OF TIME TO PAY FEES AND COSTS

Respondents respectfully move for a 30-day extension of time, until August 24, 2026, to pay fees and costs to Petitioner Lograi Tuzolana under the Equal Access to Justice Act ("EAJA"). Petitioner assents to the relief requested in this motion. In support of this motion, Respondents state:

1.    On June 25, 2026, the Court allowed Petitioner's motion for attorney's fees and costs in connection with this habeas litigation. *See generally* Doc. No. 20. The Court ordered that, "[b]y July 24, 2026, the respondents shall pay to Tuzolana's counsel fees and costs in the amount of $3,830." *Id*. at 7.

2.    To facilitate payment, on June 29, 2026, Respondents requested that Petitioner's counsel provide certain payment information (*e.g.*, taxpayer identification number, routing number, and other information required to receive payment from the government). Petitioner's counsel provided much of the requested information on July 13, 2026, and the remainder on July 16, 2026.

3.    U.S. Immigration and Customs Enforcement informs undersigned counsel that processing payments of EAJA fees and costs can take 30 days. Accordingly, in an abundance of

caution, Respondents respectfully submit that a 30-day extension of time to pay EAJA fees and costs is warranted.  Respondents further propose filing a status report concerning payment by August 28, 2026.

WHEREFORE, Respondents respectfully request that the Court allow their motion and permit them until August 24, 2026, to pay fees and costs under EAJA.

Dated: July 23, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Julian N. Canzoneri, hereby certify that I conferred with opposing counsel who assents to the relief requested in this motion.

Dated: July 23, 2026          By:   */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 23, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney