# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Tuzolana v. Hyde et al

District Court Number: 1:26-cv-10259-LTS

---

Fee: Paid? Yes ____ No X Government filer X *In Forma Pauperis* Yes ____ No X

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No X | Sealed documents | Yes ____ No X |
| *If yes, document #* | ________ | *If yes, document #* | ________ |
| *Ex parte* documents | Yes ____ No X | Transcripts | Yes ____ No X |
| *If yes, document #* | ________ | *If yes, document #* | ________ |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

ECF No. 20 Memorandum and order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#20, #26

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 26 filed on August 21, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 24, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Flaviana de Oliveira
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**