UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOGRAI TUZOLANA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 1:26-cv-10259-LTS |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (Doc. No. 33), the parties jointly report that U.S. Immigration and Customs Enforcement paid fees and costs—as ordered by this Court under the Equal Access to Justice Act—to counsel for Petitioner Lograi Tuzolana on November 23, 2026.

Dated: November 24, 2026

Respectfully submitted,

LOGRAI TUZOLANA

By her attorney

*/s/ Robin N. Nice*
Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921
robin@mchaffeylaw.com

LEAH B. FOLEY
United States Attorney

By: */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on November 24, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney